FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 NOV -5 PM 4: 08

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | |
|---|---|
| **William J. Reiber Jr.**<br>**Saundra Jean Reiber**<br>SSN: XXX-XX-9315<br>SSN: XXX-XX-2729<br><br>Debtor(s) | Case No. 09-30266 JTM<br>Chapter 7 |

## NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
## UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1.  On November 2, 2010, the Court approved the trustee's final report and proposed distribution.

2.  Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:



T:\ReiberNoticeofPymtSmDividends                1

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
| --- | --- | --- | --- |
| 9. | Questar Gas | PO Box 3194<br>SLC, UT 84110 | $3.83 |

3. These funds are on deposit in Bank of America, account number 4437702058.

4. A check in the amount of Three Dollars and Eighty-Three ($3.83), representing said funds has been made payable to the Clerk, U.S. Bankruptcy Court and is attached hereto.

**DATED** November 5th, 2010.

Woodbury & Kesler, P.C.

Elizabeth R. Loveridge
Chapter 7 Trustee

T:\ReiberNoticeofPymtSmDividends

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

    Office of the United States Trustee
    Attn: Rayla Meyer
    Ken Garff Building
    405 South Main Street
    Suite 300
    Salt Lake City, UT 84111

    William J. Reiber Jr.
    PO Box 18008
    Kearns, UT 84118

    Saundra Jean Reiber
    5488 Wild Oak Drive
    West Jordan UT 84081

    Russell G. Evans
    Rulon T. Burton & Assoc.
    6000 South Fashion Blvd.
    Murray, UT 84107

*/s/ Ronda Christensen*

Date: 11/03/10

**DIVIDENDS REMITTED TO THE COURT**

Page:

Case Number 09-30266 - Reiber Jr., William J.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Questar Gas<br>Attn: Bankruptcy Dept<br>PO Box 3194<br>Salt Lake City, UT 84110-3194<br>  acct # 2108750000 | 000009 | 124.62 | 3.83 |
| ---------- Remittance Total --------------- | | 124.62 | 3.83 |

Elizabeth R. Loveridge, Trustee